UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23314-CIV-COHN/WHITE

MIGUEL MORA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the Report of Magistrate Judge regarding Miguel Mora's Motion to Vacate Pursuant to 28 U.S.C. § 2255 submitted by United States Magistrate Judge Patrick A. White. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion to Vacate [DE 1], the Government's Response [DE 8], Mr. Mora's September 2, 2010 Letter [DE 11], the Report of Magistrate Judge [DE 12], and is otherwise advised in the premises. The Court notes that no objections to the Report of Magistrate Judge have been filed, and the time for filing such objections has passed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of United States Magistrate Judge Patrick A. White [DE 12] is **ADOPTED**.

2. Mr. Mora's Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE 1] is **DENIED with prejudice**.

3. All pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15TH day of November, 2010.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Miguel Mora, *pro se*
Reg. No. 79900-004
McRae Correctional Institution
Inmate Mail/Parcels
P.O. Drawer 30
McRae, GA 31055